THE STATE EX REL. SMITH, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Smith v. Indus. Comm.*
(1999), 84 Ohio St.3d 369.]

(No. 96–1948—Submitted October 12, 1998—Decided January 20, 1999.)

---

*Law Offices of Larry Hotchkiss* and *Scott A. Bravi,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellee Industrial Commission.

*Michael Matuska,* Assistant City Attorney, for appellee city of Columbus.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amici curiae,* Ohio AFL–CIO, Ohio Association of Professional Firefighters, and Ohio Academy of Trial Lawyers.

*Vorys, Sater, Seymour & Pease, Robert A. Minor* and *Robin R. Obetz,* urging affirmance for *amici curiae,* Ohio Manufacturers' Association and Ohio Self–Insurers' Association.

---

The judgment of the court of appeals is reversed, and the relator's writ of mandamus is granted. This matter is returned to the Industrial Commission to calculate temporary total disability.

DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.